**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN O'TOOLE and REGIS CLAUS, Trustees on behalf of PLUMBERS LOCAL UNION NO. 27 COMBINED FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> D.J. HANNON & SONS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 17-1120 ) ) ) ) ) |

**MOTION TO SETTLE AND DISCONTINUE**

Plaintiffs move to settle and discontinue the action against the Defendant, D.J. Hannon & Sons, Inc. in the above-referenced matter.

TUCKER ARENSBERG, P.C.

*/s/ Jeffrey J. Leech*
Jeffrey J. Leech, Esquire
PA ID# 19814
Neil J. Gregorio, Esquire
PA ID# 90859
1500 One PPG Place
Pittsburgh, PA 15222
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion to Settle and Discontinue was served by electronic mail this 25th day of September, 2017, upon the following:

John Linkosky, Esquire
linklaw@comast.net

                                          */s/ Jeffrey J. Leech*
                                          Jeffrey J. Leech, Esquire